UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

HENRY PUTZ, JR.,

                Plaintiff,

v.                                          Civil Action No. 5:17-cv-01055

NANCY A. BERRYHILL, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys that the above-captioned action is voluntarily dismissed without prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

                                      Grant C. Jaquith
                                      United States Attorney
                                      Northern District of New York

By:   */s/ Fergus Kaiser*
        Fergus Kaiser, Esq.
        Special Assistant U.S. Attorney

        */s/ Steven Dolson*
        Steven R. Dolson, Esq.
        Attorney for Plaintiff

IT IS SO ORDERED:

*Andrew T. Baxter* (signature)
Andrew T. Baxter
U.S. Magistrate Judge

Dated:  January 30, 2018
            Syracuse, NY